IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FLOYD KNAPP,

    Plaintiff,                        No. CIV S-10-2889 KJM-GGH

    vs.

JP MORGAN CHASE BANK, N.A.; et al.,

    Defendants.                  <u>ORDER</u>

_____/

       The Court issued an order on February 10, 2011 allowing Plaintiff Floyd Knapp to substitute himself in pro per in place of attorney Stephen C. Ruehmann. (ECF 19.) As provided by Local Rule 302(c)(21), this case is hereby referred to the assigned Magistrate Judge, Gregory G. Hollows, for case management and recommendation(s) to the District Court Judge. All current dates are vacated. Parties are to contact Valerie Callen at 916-930-4199 with regard to further case management.

       IT IS SO ORDERED.

DATED: February 22, 2011.

                                                                   _____
                                                                     UNITED STATES DISTRICT JUDGE

1