IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FLOYD KNAPP,

    Plaintiff,   CIV. NO. S-10-2889 KJM GGH PS

    vs.

JP MORGAN CHASE BANK, N.A., et al.,

    Defendants.   ORDER
_____/

    Defendants' motion to dismiss presently is calendared for hearing on May 5, 2011. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 230(h).

    Accordingly, IT IS ORDERED that:

    1. The May 5, 2011 hearing on the motion to dismiss is vacated.

    2. The motion is submitted on the record.

DATED: April 28, 2011

    /s/ Gregory G. Hollows

    GREGORY G. HOLLOWS
    U. S. MAGISTRATE JUDGE

GGH:076:Knapp2889.vac.wpd

1