IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FLOYD KNAPP,

    Plaintiff,                                      CIV. NO. S-10-2889 KJM GGH PS

  vs.

JP MORGAN CHASE BANK, N.A., et al.,

    Defendants.                                  ORDER TO SHOW CAUSE

_____/

       On May 27, 2011, plaintiff filed a "request for stay of action," which states that pursuant to an unlawful detainer action filed against him in state court, he would soon be forced to vacate the property at issue in the instant case. That filing did not come to the undersigned's attention until today's date.

       In any event, IT IS ORDERED that: defendants shall show cause by June 15, 2011 at 4:00 p.m. why they should not be enjoined from attempting to enforce any eviction notice against plaintiff. The court may order personal appearances at a later scheduled hearing.

DATED: June 10, 2011

                                          /s/ Gregory G. Hollows
                                          U. S. MAGISTRATE JUDGE

GGH:076:Knapp2889.osc.wpd

1