JOHN M. SORICH (CA Bar No. 125223)
jsorich@alvaradosmith.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@alvaradosmith.com
CHRISTOPHER J. DONEWALD (CA Bar No. 255454)
cdonewald@alvarado smith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel:  (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants,
JPMORGAN CHASE BANK, N.A., individually and
successor by merger to CHASE HOME FINANCE LLC,
erroneously sued as CHASE HOME MORTGAGE LLC,
and FEDERAL NATIONAL MORTGAGE
ASSOCIATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| FLOYD KNAPP, | **CASE NO.: 10-CV-02889-KJM-GGH** |
| Plaintiff, | **JUDGE: Hon. GREGORY G. HOLLOWS** |
| v. | **ORDER GRANTING MOTION TO APPEAR BY TELEPHONE AT THE MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| JP MORGAN CHASE BANK, N.A.; CHASE HOME MORTGAGE LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION aka FANNIE MAE and DOES 1 to 100, | |
| Defendants. | **DATE:** July 21, 2011<br>**TIME:** 10:00 a.m.<br>**CTRM:** 9, 13th Floor |
| | **Action Filed:** September 27, 2010 |

The Court, having reviewed the Motion to Appear by Telephone at the Motion to Dismiss First Amended Complaint ("Motion") filed by Defendants, JPMORGAN CHASE BANK, N.A., individually and successor by merger to CHASE HOME FINANCE LLC, erroneously sued as CHASE HOME MORTGAGE LLC ("JPMORGAN"), and FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Fannie Mae" collectively as Defendants) in good cause appearing therefore,

1  hereby orders as follows:

2  IT IS HEREBY ORDERED THAT Defendants may appear telephonically at the Motion
3  currently set to be heard on July 21, 2011 at 10:00 a.m. in Courtroom 9, 13th Floor before the
4  Honorable District Judge Gregory G. Hollows, of the above-entitled Court, by and through its
5  counsel, S. Christopher Yoo, (714) 852-6800.

6  DATED:  July 20, 2011                    /s/ Gregory G. Hollows

7  Hon. Gregory G. Hollows
   Judge, United States District Court