IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FLOYD KNAPP,

        Plaintiff,                              CIV-S-10-2889 KJM GGH PS

  vs.

JP MORGAN CHASE BANK, N.A., *et al.*,

        Defendants.                          <u>ORDER</u>

_____/

        Defendants' motion to dismiss came on for hearing on May 18, 2012. (ECF 64.) Plaintiff's counsel Kresta Daly, appointed for the limited purposes of opposing the motion, appeared. Defendants did not appear, but submitted a declaration after hearing explaining they had made a calendaring error. (ECF 65.) At hearing, the court asked plaintiff's counsel if plaintiff would agree to attend an early settlement conference; plaintiff's counsel responded affirmatively. Plaintiff's counsel also agreed to extension of her appointment through attendance at a settlement conference and, if the case does not settle, through filing of an amended complaint if the court grants leave for such filing in resolving the motion to dismiss.

        A settlement conference is set before Magistrate Judge Carolyn Delaney for **June 18, 2012** at 9:30 a.m. All counsel shall attend in person. Counsel are instructed to have a principal with full settlement authority present at the Settlement Conference or to be fully

1

1  authorized to settle the matter on any terms.  The parties are directed to submit their confidential
2  settlement conference statements to the court using the following email address:
3  ckdorders@caed.uscourts.gov.  If a party desires to share additional confidential information
4  with the court, they may do so pursuant to the provisions of Local Rule 270(d) and (e).
5  Statements are due at least 7 days prior to the settlement conference.
6        If the matter does not settle at the settlement conference, the parties are ordered to
7  notify the court that the case has not settled within ten days of the settlement conference, at
8  which time the court will resolve defendant's currently pending motion to dismiss.
9        IT IS SO ORDERED.
10  DATED: May 22, 2012.

                                              UNITED STATES DISTRICT JUDGE