Kresta Nora Daly, SBN 199689
Thomas W. Barth, SBN 154075
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: 916.440.8600
Facsimile: 916.440.9610
Email: kdaly@btdlaw.net

Attorneys for Plaintiff FLOYD KNAPP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| FLOYD KNAPP, | 2:10-CV-02889 KJM CKD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING SETTLEMENT CONFERENCE** |
| v. | |
| JP MORGAN CHASE BANK, N.A., et al., | Date:       June 18, 2012 |
| Defendants. | Time:       9:30 a.m.<br>Courtroom:  26<br>Judge:      Hon. Carolyn K. Delaney |

It is hereby stipulated and agreed to between plaintiff Floyd Knapp, through Kresta Daly, and defendant, JP Morgan Chase Bank, N.A., et al, through their counsel, Robert Oliver, that the mandatory settlement conference set for June 18, 2012 be vacated. The parties request a settlement conference on August 10, 2012 at 9:30 a.m.

The parties have been in contact. Defendants have submitted to plaintiff a loan modification application. Once plaintiff has completed the application defendants require time to evaluate the application and determine if plaintiff qualifies for a modification. The parties believe a settlement conference after defendants have had the opportunity to evaluate plaintiff's application will be more productive and likely to result in a resolution.

///

///

{00006644}

STIPULATION AND ORDER CONTINUING SETTLEMENT CONFERENCE               [Case No. CIV-S-10-2889 KJM CKD]

///

The parties previously contacted the Court and verified that the above requested date is available before Judge Delaney.

Dated: June 14, 2012.                    BARTH TOZER & DALY LLP

                                         By  /s/ Kresta Nora Daly
                                             KRESTA NORA DALY

Dated: June 14, 2012.                        /s/ Kresta Daly for
                                             ROBERT OLIVER
                                             Assistant United States Attorney

## O R D E R

For the reasons stipulated by the parties Settlement Conference currently set for June 18, 2012 is vacated. A Mandatory Settlement Conference is set for August 10, 2012 at 9:30 a.m. All counsel shall attend in person. Counsel are instructed to have a principal with full settlement authority present at the Settlement Conference or to be fully authorized to settle the matter on any terms.

If the matter does not settle at the settlement conference, the parties are ordered to notify the Court that the case has not settled within ten days of the settlement conference, at which time the Court will resolve defendant's currently pending motion to dismiss.

**IT IS SO ORDERED.**

Dated:  _June 15, 2012_

                                         /s/ Carolyn K. Delaney
                                         HONORABLE CAROLYN K. DELANEY
                                         UNITED STATES MAGISTRATE JUDGE

{00006644}

- 2 -

STIPULATION AND ORDER CONTINUING SETTLEMENT CONFERENCE               [Case No. CIV-S-10-2889 KJM CKD]