1   ROBERT OLIVER (CA Bar No. 180318)
    roliver@alvaradosmith.com
2   MARVIN B. ADVIENTO (CA Bar No. 240315)
    madviento@alvaradosmith.com
3   ALVARADOSMITH
    A Professional Corporation
4   1 MacArthur Place, Suite 200
    Santa Ana, California 92707
5   Tel:  (714) 852-6800
    Fax: (714) 852-6899
6
    Attorneys for Defendants,
7   JPMORGAN CHASE BANK, N.A., individually and
    successor by merger to CHASE HOME FINANCE LLC,
8   erroneously sued as CHASE HOME MORTGAGE LLC,
    and FEDERAL NATIONAL MORTGAGE
9   ASSOCIATION

10                  **UNITED STATES DISTRICT COURT**

11       **EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

12

13  FLOYD KNAPP,                          | **CASE NO.: 10-CV-02889-KJM-GGH**

14           Plaintiff,                   | **JUDGE: Hon. Carolyn K. Delaney**

15  v.                                    | **STIPULATION RE CONTINUANCE OF
                                          | MANDATORY SETTLEMENT
16  JP MORGAN CHASE BANK, N.A.; CHASE     | CONFERENCE; ORDER**
    HOME MORTGAGE LLC; FEDERAL
17  NATIONAL MORTGAGE ASSOCIATION aka
    FANNIE MAE and DOES 1 to 100,         | **DATE:**      August 10, 2012
18                                        | **TIME:**      9:30 AM
             Defendants.                  | **CRTRM:**     26
19
20                                        | **Action Filed:** September 27, 2010
21
22

23          It is hereby stipulated and agreed to between Plaintiff Floyd Knapp, through his attorney,

24  Kresta Daly, and Defendant JPMorgan Chase Bank, N.A., et al, through their counsel, Marvin B.

25  Adviento, that the Mandatory Settlement Conference set for August 10, 2012 be continued to Friday,

26  August 24, 2012 at 9:30 AM.

27          The Parties previously stipulated to, and obtained from the Court, a continuance of the

28  Mandatory Settlement Conference from June 18, 2012 to the currently set date of August 10, 2012.

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

1    The Parties have maintained ongoing discussions regarding settlement.  Plaintiff has

2   submitted a loan modification application to Defendant.  Defendant is in receipt of Plaintiff's loan

3   modification application, which requires additional supporting documentation that Defendant has so

4   requested from Plaintiff.  Plaintiff requires a brief continuance to gather the requested documentation

5   for submission to Defendant, and Defendant requires a brief continuance thereafter to review the

6   completed loan modification application.  Defendant requires, and Plaintiff so agrees that all

7   documentation required to complete the loan modification application shall be submitted no later

8   than August 13, 2012.

9    The Parties contacted the Court and confirmed that August 24, 2012 at 9:30 AM is available

10  for the Mandatory Settlement Conference.

11

12  DATED:  August 8, 2012          ALVARADOSMITH
                                    A Professional Corporation
13
                                    By:   /s/ MARVIN B. ADVIENTO
14                                      ROBERT OLIVER
                                        MARVIN B. ADVIENTO
15                                      Attorneys for Defendants
                                        JPMORGAN CHASE BANK, N.A., individually
16                                      and successor by merger to CHASE HOME
                                        FINANCE LLC, erroneously sued as CHASE
17                                      HOME MORTGAGE LLC, and FEDERAL
                                        NATIONAL MORTGAGE ASSOCIATION
18

19
    DATED:  August 8, 2012          BARTH TOZER & DALY, LLP
20
                                    By:   /s/ KRESTA NORA DALY
21                                      KRESTA NORA DALY
                                        Attorneys for Plaintiff
22                                      Floyd Knapp

23

24

25

26

27

28

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA

**STIPULATION AND PROPOSED ORDER RE CONTINUANCE OF MSC**

**ORDER**

For the reasons stipulated by the Parties as set forth above, the Mandatory Settlement Conference currently set for Friday, August 10, 2012 at 9:30AM in Courtroom 26 of the above-entitled Court, is hereby continued to Friday, August 24, 2012 at 9:30AM in Courtroom 26.

In anticipation of the Mandatory Settlement Conference, Plaintiff is hereby ordered to submit to Defendant all requested documents and information, no later than August 13, 2012, for his loan modification application to be deemed complete and ready for review by Plaintiff.

All counsel shall attend in person.  Counsel are instructed to have a principal with full settlement authority present at the Settlement Conference or to be fully authorized to settle the matter on any terms.

If the matter does not settle at the Mandatory Settlement Conference, the Parties are ordered to notify the Court with ten (10) days of the settlement conference that the case has not settled, at which time the Court will resolve Defendant's currently pending Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: August 8, 2012

_____

CAROLYN K. DELANEY
UNITED STATES
MAGISTRATE JUDGE

**STIPULATION AND PROPOSED ORDER RE CONTINUANCE OF MSC**

3268351.1 -- AL109.1951

ALVARADOSMITH
A PROFESSIONAL CORPORATION
SANTA ANA