ROBERT OLIVER (CA Bar No. 180318)
roliver@alvaradosmith.com
MARVIN B. ADVIENTO (CA Bar No. 240315)
madviento@alvaradosmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants,
JPMORGAN CHASE BANK, N.A., individually and
successor by merger to CHASE HOME FINANCE LLC,
erroneously sued as CHASE HOME MORTGAGE LLC,
and FEDERAL NATIONAL MORTGAGE
ASSOCIATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| FLOYD KNAPP, | **CASE NO.: 10-CV-02889-KJM-GGH** |
| Plaintiff, | **JUDGE: Hon. Carolyn K. Delaney** |
| v. | **STIPULATION RE CONTINUANCE OF MANDATORY SETTLEMENT CONFERENCE; ORDER** |
| JP MORGAN CHASE BANK, N.A.; CHASE HOME MORTGAGE LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION aka FANNIE MAE and DOES 1 to 100, | |
| Defendants. | **DATE:** August 10, 2012<br>**TIME:** 9:30 AM<br>**CRTRM:** 26 |
| | **Action Filed:** September 27, 2010 |

It is hereby stipulated and agreed to between Plaintiff Floyd Knapp, through his attorney, Kresta Daly, and Defendant JPMorgan Chase Bank, N.A., et al, through their counsel, Marvin B. Adviento, that the Mandatory Settlement Conference set for August 10, 2012 be continued to Friday, August 24, 2012 at 9:30 AM.

The Parties previously stipulated to, and obtained from the Court, a continuance of the Mandatory Settlement Conference from June 18, 2012 to the currently set date of August 10, 2012.

1  The Parties have maintained ongoing discussions regarding settlement. Plaintiff has
2  submitted a loan modification application to Defendant. Defendant is in receipt of Plaintiff's loan
3  modification application, which requires additional supporting documentation that Defendant has so
4  requested from Plaintiff. Plaintiff requires a brief continuance to gather the requested documentation
5  for submission to Defendant, and Defendant requires a brief continuance thereafter to review the
6  completed loan modification application. Defendant requires, and Plaintiff so agrees that all
7  documentation required to complete the loan modification application shall be submitted no later
8  than August 13, 2012.

9  The Parties contacted the Court and confirmed that August 24, 2012 at 9:30 AM is available
10 for the Mandatory Settlement Conference.

12 DATED: August 8, 2012            ALVARADOSMITH
                                    A Professional Corporation

                                    By:  /s/ MARVIN B. ADVIENTO
                                         ROBERT OLIVER
                                         MARVIN B. ADVIENTO
                                         Attorneys for Defendants
                                         JPMORGAN CHASE BANK, N.A., individually
                                         and successor by merger to CHASE HOME
                                         FINANCE LLC, erroneously sued as CHASE
                                         HOME MORTGAGE LLC, and FEDERAL
                                         NATIONAL MORTGAGE ASSOCIATION

20 DATED: August 8, 2012            BARTH TOZER & DALY, LLP

                                    By:  /s/ KRESTA NORA DALY
                                         KRESTA NORA DALY
                                         Attorneys for Plaintiff
                                         Floyd Knapp

**ORDER**

For the reasons stipulated by the Parties as set forth above, the Mandatory Settlement Conference currently set for Friday, August 10, 2012 at 9:30AM in Courtroom 26 of the above-entitled Court, is hereby continued to Friday, August 24, 2012 at 9:30AM in Courtroom 26.

In anticipation of the Mandatory Settlement Conference, Plaintiff is hereby ordered to submit to Defendant all requested documents and information, no later than August 13, 2012, for his loan modification application to be deemed complete and ready for review by Plaintiff.

All counsel shall attend in person.  Counsel are instructed to have a principal with full settlement authority present at the Settlement Conference or to be fully authorized to settle the matter on any terms.

If the matter does not settle at the Mandatory Settlement Conference, the Parties are ordered to notify the Court with ten (10) days of the settlement conference that the case has not settled, at which time the Court will resolve Defendant's currently pending Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: August 8, 2012

_____
CAROLYN K. DELANEY
UNITED STATES
MAGISTRATE JUDGE