ROBERT OLIVER (CA Bar No. 180318)
roliver@alvaradosmith.com
MARVIN B. ADVIENTO (CA Bar No. 240315)
madviento@alvaradosmith.com
ALVARADOSMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendants,
JPMORGAN CHASE BANK, N.A., individually and
successor by merger to CHASE HOME FINANCE LLC,
erroneously sued as CHASE HOME MORTGAGE LLC,
and FEDERAL NATIONAL MORTGAGE
ASSOCIATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| FLOYD KNAPP,<br><br>     Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A.; CHASE HOME MORTGAGE LLC; FEDERAL NATIONAL MORTGAGE ASSOCIATION aka FANNIE MAE and DOES 1 to 100,<br><br>     Defendants. | **CASE NO.: 10-CV-02889-KJM-GGH**<br><br>**JUDGE: Hon. Carolyn K. Delaney**<br><br>**STIPULATION RE CONTINUANCE OF MANDATORY SETTLEMENT CONFERENCE; AMENDED ORDER**<br><br>**DATE:** August 10, 2012<br>**TIME:** 9:30 AM<br>**CRTRM:** 26<br><br>**Action Filed:** September 27, 2010 |

It is hereby stipulated and agreed to between Plaintiff Floyd Knapp, through his attorney, Kresta Daly, and Defendant JPMorgan Chase Bank, N.A., et al, through their counsel, Marvin B. Adviento, that the Mandatory Settlement Conference set for August 10, 2012 be continued to Friday, August 24, 2012 at 9:30 AM.

The Parties previously stipulated to, and obtained from the Court, a continuance of the Mandatory Settlement Conference from June 18, 2012 to the currently set date of August 10, 2012.

{00006901}                                                                 1
**STIPULATION AND PROPOSED ORDER RE CONTINUANCE OF MSC**
3268351.1 -- AL109.1951

The Parties have maintained ongoing discussions regarding settlement.  Plaintiff has submitted a loan modification application to Defendant.  Defendant is in receipt of Plaintiff's loan modification application.  Defendant has requested additional information which Plaintiff is in the process of obtaining.  The parties require a brief continuance in order to gather documents and review the completed loan modification application.  Plaintiff will use his best efforts to submit the documents no later than August 13, 2012.

The Parties contacted the Court and confirmed that August 24, 2012 at 9:30 AM is available for the Mandatory Settlement Conference.

DATED:  August 9, 2012                ALVARADOSMITH
                                      A Professional Corporation

                                      By:  /s/ MARVIN B. ADVIENTO
                                           ROBERT OLIVER
                                           MARVIN B. ADVIENTO
                                           Attorneys for Defendants
                                           JPMORGAN CHASE BANK, N.A., individually
                                           and successor by merger to CHASE HOME
                                           FINANCE LLC, erroneously sued as CHASE
                                           HOME MORTGAGE LLC, and FEDERAL
                                           NATIONAL MORTGAGE ASSOCIATION


DATED:  August 9, 2012                BARTH TOZER & DALY, LLP

                                      By:  /s/ KRESTA NORA DALY
                                           KRESTA NORA DALY
                                           Attorneys for Plaintiff
                                           Floyd Knapp

**AMENDED ORDER**

For the reasons stipulated by the Parties as set forth above, the Mandatory Settlement Conference currently set for Friday, August 10, 2012 at 9:30AM in Department 26 of the above-entitled Court, is hereby continued to Friday, August 24, 2012 at 9:30AM in Department 26.

All counsel shall attend in person.  Counsel are instructed to have a principal with full settlement authority present at the Settlement Conference or to be fully authorized to settle the matter on any terms.

If the matter does not settle at the Mandatory Settlement Conference, the Parties are ordered to notify the Court with ten (10) days of the settlement conference that the case has not settled, at which time the Court will resolve Defendant's currently pending Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: August 9, 2012

_____
CAROLYN K. DELANEY
UNITED STATES
MAGISTRATE JUDGE