1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   FLOYD KNAPP,

11              Plaintiff,                        No. 2:10-cv-2889 CKD PS

12        vs.

13   JP MORGAN CHASE BANK, N.A., et al.,

14              Defendants.                       ORDER

15   _____/

16              In light of the settlement of this action, IT IS HEREBY ORDERED that the

17   motion to dismiss (dkt. no. 29) is denied as moot.

18    Dated: August 27, 2012

19

20                                               CAROLYN K. DELANEY
                                                 UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

                                          1