IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FLOYD KNAPP,

    Plaintiff,                                  No. 2:10-cv-2889 CKD PS

    vs.

JP MORGAN CHASE BANK, N.A., et al.,

    Defendants.                                 <u>ORDER</u>

_____/

    In light of the settlement of this action, IT IS HEREBY ORDERED that the motion to dismiss (dkt. no. 29) is denied as moot.

Dated: August 27, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1