IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FLOYD KNAPP,

    Plaintiff,                                 No. 2:10-cv-2889 KJM GGH PS

    vs.

JP MORGAN CHASE BANK, N.A., et al.,

    Defendants.                             <u>ORDER</u>

_____/

        This matter came on for settlement conference before the undersigned on August 24, 2012. In accordance with 28 U.S.C. § 636(c), the parties consented to have a United States Magistrate Judge conduct any and all further proceedings. As stated on the record, this case has settled. Pursuant to the terms of the settlement, IT IS HEREBY ORDERED that:

        1. The preliminary injunction entered on June 16, 2011 (dkt. no. 28) is hereby dissolved.

        2. The Clerk of Court is directed to pay to plaintiff forthwith the funds which have heretofore been deposited into escrow under the June 16, 2011 order. The Clerk of Court is directed to serve a copy of this order on the Court's Financial Office.

        3. The parties have agreed to additional terms, as stated on the record. The parties are directed to file dispositional documents within sixty days. Failure to comply with this

1

1 order may result in the imposition of sanctions on the party causing the failure to file
2 dispositional documents.

3  Dated: August 27, 2012

4  _____
5  CAROLYN K. DELANEY
   UNITED STATES MAGISTRATE JUDGE