IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FLOYD KNAPP,

    Plaintiff,                              No. 2:10-cv-2889 CKD

    vs.

JP MORGAN CHASE BANK, N.A., et al.,

    Defendants.                         ORDER

_____/

       Counsel has requested an extension of time to file dispositional documents in this matter. Good cause appearing, IT IS HEREBY ORDERED that dispositional documents shall be filed no later than November 21, 2012. Failure to comply with this order may result in the imposition of sanctions on the party causing the failure to file dispositional documents.

Dated: November 5, 2012

                                                        _____
                                                        CAROLYN K. DELANEY
                                                        UNITED STATES MAGISTRATE JUDGE

1