IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FLOYD KNAPP,

    Plaintiff,                    No. 2:10-cv-2889 CKD

    vs.

JP MORGAN CHASE BANK, N.A., et al.,

    Defendants.                <u>ORDER</u>

                                   /

        Defense counsel has requested an extension of time to file dispositional documents in this matter. The court has been advised that the parties continue to cooperate in good faith regarding the signing of settlement documents but that additional time is required for review of the proposed language. Good cause appearing, IT IS HEREBY ORDERED that dispositional documents shall be filed no later than January 25, 2013. No further extensions will be granted. Failure to comply with this order may result in the imposition of sanctions on the party causing the failure to file dispositional documents.

Dated: December 19, 2012

                                                         _____
                                                         CAROLYN K. DELANEY
                                                         UNITED STATES MAGISTRATE JUDGE

4 knapp2889.dispo.eot

1