1  Kresta Nora Daly, SBN 199689
   Thomas W. Barth, SBN 154075
2  **BARTH TOZER & DALY LLP**
   431 "I" Street, Suite 201
3  Sacramento, California 95814
   Telephone: 916.440.8600
4  Facsimile: 916.440.9610
   Email: kdaly@btdlaw.net

Attorneys for Plaintiff FLOYD KNAPP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| FLOYD KNAPP, | **CASE NO.: 10-CV-02889-CKD** |
|---|---|
| Plaintiff, | **JUDGE: Hon. Carolyn K. Delaney** |
| v. | **REQUEST FOR DISMISSAL WITH PREJUDICE** |
| JP MORGAN CHASE BANK, N.A., et al., | |
| Defendants. | **Action Filed:** September 27, 2010 |

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff FLOYD KNAPP ("Plaintiff"), by and through his counsel of record, respectfully requests this Court dismiss this action with prejudice, pursuant to the settlement agreement reached by and between Plaintiff and Defendants JPMORGAN CHASE BANK, N.A., individually and successor by merger to CHASE HOME FINANCE LLC, erroneously sued as CHASE HOME MORTGAGE LLC ("JPMorgan") and FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FNMA", collectively, "Defendants").

DATED:  January 25, 2013  BARTH TOZER & DALY

By: /s/ Kresta N. Daly
KRESTA N. DALY
Attorneys for Plaintiff
FLOYD KNAPP

## ORDER

Good cause appearing this case is hereby ordered dismissed with prejudice.

Dated: January 25, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE